HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST ADMINISTRATORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> DAJA INTERNATIONAL, LLC, a California limited liability company, <br><br> Defendant. | No. C11-1221 JLR <br><br> NOTICE OF AUTOMATIC STAY IN BANKRUPTCY PURSUANT TO BANKRUPTCY CODE 11 U.S.C. §362(a) |

To: Russell Reid, Counsel for Northwest Administrators, Inc., Plaintiff

And to: The Honorable James L. Robart

PLEASE BE ADVISED that on November 30, 2011, Defendant Daja International, LLC, filed a petition for relief under Chapter 11 of the United States Bankruptcy Code in the U.S Bankruptcy Court, at San Francisco, California, under the case number 11-34294 TEC. Pursuant to 11 U.S.C. §362(a), this Western District Court action is stayed as to the Debtor. Basil J. Boutris, Law Offices of Vaught and Boutris, 80 Swan Way #320, Oakland, CA 94621, hereby substitutes as counsel for the Defendant Daja International, LLC.

DATED this 7th day of December, 2011.

By s/ Suzanne J. Thomas
Suzanne J. Thomas, WSBA # 17338

NOTICE OF AUTOMATIC STAY - 1
Case No. C11-1221 JLR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

      Norman S. Milks, WSBA #18996
K&L GATES LLP
925 Fourth Avenue, Suite 2900
Seattle, Washington 98104
Phone: 206-623-7580
Fax: 206-623-7022
Email: suzanne.thomas@klgates.com
Email: norm.milks@klgates.com

Attorneys for Defendant DAJA International, LLC.

NOTICE OF AUTOMATIC STAY - 2
Case No. C11-1221 JLR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022

**CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

In addition, a copy was sent via U.S. mail to:

DAJA International, LLC
111 Pine Street, Suite 1400
San Francisco, CA 94111

/s/ Jill Miller
Jill Miller, Legal Assistant

NOTICE OF AUTOMATIC STAY - 3
Case No. C11-1221 JLR

K&L GATES LLP
925 FOURTH AVENUE
SUITE 2900
SEATTLE, WASHINGTON  98104-1158
TELEPHONE: (206) 623-7580
FACSIMILE: (206) 623-7022